Case: 2:23-cv-00895-SDM-KAJ Doc #: 1 Filed: 03/07/23 Page: 1 of 3 PAGEID #: 1

2:23 CV 0895        March 7, 2023

To the U.S. District Court of the
Southern District of Ohio

KATHRYN L. NOLAN, Plaintiff
   and
ANN VOSBURG, Plaintiff
   7640 Marion St.
   Chesterhill, Ohio 43728

[FILED 2023 MAR -7 AM 10:17 RICHARD W. NAGEL CLERK OF COURT U.S. DISTRICT COURT SOUTHERN DIST. OHIO EAST. DIV. COLUMBUS]

JUDGE MORRISON
MAGISTRATE JUDGE JOLSON

VS

Richard D. Wetzel, Mayor
7575 Marion St.
Chesterhill, Ohio 43728
   and
Kathy Smedley, Councilperson
1375 Buckeye Ridge Rd.
Chesterhill, Ohio 43728
   and
Paul John, Councilperson
1505 Coal St.
Chesterhill, Ohio 43728
   and
Chasity Mayle, Councilperson
7645 Marion St.
Chesterhill, Ohio 43728
   and

Helen Seyfried, Councilperson
1415 Buckeye Ridge Rd.
Chesterhill, Ohio 43728
and
Ron Mayle, Jr., Councilperson
1760 Coal St.
Chesterhill, Ohio 43728
and
Ken Peters, Councilperson
1820 Mill St.
Chesterhill, Ohio 43728
and
Terry Fleming, Councilperson (Retired)
8140 State Route 377
Chesterhill, Ohio 43728
and
Randy Shook, Village Administrator
1595 Marietta St.
Chesterhill, Ohio 43728
and
Gordon Armstrong, Village Administrator (Retired)
1652 Mill St.
Chesterhill, Ohio 43728
and

March 7, 2023

Jerica Simmons, Fiscal Officer
7474 College Street (office)
Chesterhill, Ohio 43728
and
Dorritt Preuss
17590 Sweat Rd.
Amesville, Ohio 45711

— COMPLAINT —

Plaintiffs declare these listed people, individually and/or as a group targeted the plaintiffs over a period of years (and years) causing severe emotional and financial distress, ultimately leaving plaintiffs on the street homeless.

Plaintiffs request relief through the 1983 Civil Rights Act.

March 7, 2023

Respectfully Submitted,
Ann Vosburg, Plaintiff
ANN VOSBURG, Pro Se

Kathryn Nolan, Plaintiff
KATHRYN L. NOLAN, Pro Se