AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Nolan et al., *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:23-cv-895 |
| Wetzel et al., *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Order by Judge Sarah D. Morrison .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Sarah D. Morrison on a motion for _____ .

Date: 04/10/2024

CLERK OF COURT

s/Maria Rossi Cook

*Signature of Clerk or Deputy Clerk*